I. B. MILLER CONTRACTING CORPORATION, Appellant, *v.* CARLETON COMPANY, Respondent.

Argued January 17, 1940; decided February 27, 1940.

*Herbert M. Rosenberg* and *Louis Rosenberg* for appellant. *Frederick N. Van Zandt* and *Arthur J. Carleton* for respondent.

Judgment of the Appellate Division dismissing the complaint reversed and a new trial granted, with costs to the appellant to abide the event, on the ground that questions of fact were presented by the evidence. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.